EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

VILLAGE OF HEMPSTEAD POLICE DEPARTMENT
Attn: Chief Paul Johnson
99 James A. Garner Way
Hempstead, NY 11550

PERSON FILING CHARGE

Matthew Drew

THIS PERSON *(check one or both)*

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.

520-2019-00697

## NOTICE OF CHARGE OF DISCRIMINATION

*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII) [ ] The Equal Pay Act (EPA) [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA) [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.
2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.
3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.
4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.
5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **10-JAN-19** to **ADR, Unit, at (212) 336-3646**
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**David L. Reinman,**
**ADR Staff Mediator**

*EEOC Representative*

*Telephone* **(212) 336-3645**

**New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**
**Fax: (212) 336-3625**

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race [ ] Color [X] Sex [ ] Religion [ ] National Origin [ ] Age [ ] Disability [X] Retaliation [ ] Genetic Information [ ] Other

**Enclosed is a copy of the above referenced Charge of Discrimination ("Charge"). This Charge is currently assigned to the EEOC's ADR/Mediation Unit ("ADR") and no written response ("Position Statement") is required to be submitted to the Commission by your organization at this time.**

**Please complete the attached ADR Invitation to Mediate form and submit it to ADR by the date indicated above. If Mediation of this Charge is unsuccessful or you have declined the Commission's invitation to mediate then the EEOC will provide you with a due date when the Position Statement should be e-mailed to the Commission.**

| Date | Name / Title of Authorized Official | Signature |
| --- | --- | --- |
| December 17, 2018 | Kevin J. Berry, District Director | |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 520-2019-00697

**NEW YORK STATE DIVISION OF HUMAN RIGHTS** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Matthew Drew | 516-260-2808 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 38 Carlton Drive, Massapequa, NY 11758 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Village of Hempstead Police Department | 15+ | 516-483-6200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 99 James A. Garner Way, Hempstead, NY 11550 | |

| Name Chief Paul Johnson | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Village of Hempstead Police Department, 99 James A. Garner Way, Hempstead, NY 11550 | 15+ | 516-483-6200 x - 309 |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 

Latest: 11/1/18

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See attached Affidavit

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
NOV 02 2018
DATE RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

*Date* *Charging Party Signature*

## AFFIDAVIT OF MATTHEW DREW

I, MATTHEW DREW, being duly sworn, deposes and says:

1. I am a 32 year old caucasian male, and I currently hold the rank of Police Officer with Respondent Hempstead Village Police Department ("Police Department"). I have been so employed with this rank for 7 years. I make this Affidavit from facts within my own personal knowledge.

## OVERTIME ISSUES

2. As will be illustrated in full herein, and in the concurrently filed Affidavits accompanying this charge, I have been the victim of a campaign of racial discrimination and retaliation throughout my career and continuing to this day.

3. Initially, throughout my career, overtime has been distributed in an overtly discriminatory manner. Black and female officers are given a tremendous preference over white, male officers in the distribution of "manpower" overtime.

4. Within the Department, there are two types of overtime. The first type of overtime is non-discretionary to the department. It occurs when an arrest or other police action is needed and the officer is unable to leave at the end of his/her shift because the officer is actively engaged in police work.

5. The second type of overtime is defined by the Police Department as "manpower" overtime. This overtime is distributed when an entire shift must be covered by another police officer. The Police Department has a log book of available shifts, and officers may put their name seeking to cover these available shifts. Overtime is then supposed to be distributed evenly based upon which officers sign up for which dates.

6. I regularly put my name in the book, and often, my name is the only name in the book on a given day. Despite this, I almost never receive the overtime. The book is rarely used, and overtime is frequently given to black officers who do not even sign up to cover a given shift.

7. Upon information and belief, over 90% of all discretionary "manpower" overtime is given to black and/or female officers, with almost no overtime being given to white male officers who request overtime.

8. This year, I have received only 17 manpower overtime hours. In 2017, I received (at most) 30.33 hours and 36 hours (at most) in 2016. By contrast Mandy Smith, a black officer received $73,000.00 in overtime for hundreds of hours last year alone. In fact, less senior black officers are routinely given preference for overtime that more senior white officers.

9. Despite my complaints, the Respondents have taken no remedial action

**AUGUST 14, 2018 INCIDENT**

10. In fact, the pervasive pattern of discrimination is so rampant within the Department, that on August 6, 2018, I was stunned when I went to my locker and I discovered that a member of the Police Department had taken a shirt and fashioned and labeled a "KKK" hood over my locker.

11. To date, Respondent has not so much as taken a statement over the incident.

12. In a prior incident involving a disturbing racial incident against a black officer, the Village rightly called the FBI, the DA and IAB. No such action was taken to protect me.

13. In fact, the incident report prepared by the Department listed the matter as an "Investigation" rather than a crime. No interviews were taken and the Village has done

nothing to investigate this matter or protect me from further discrimination.

14. In fact, in or around September 17, 2018, I engaged an attorney to write a letter over the incident. In the six weeks since that letter, no investigation or remedial measure has taken place. I truly feel unsafe in my own department.

15. It should also be noted that I was told that if I spoke with the media regarding this horrific incident, that I would be disciplined. However, in recent weeks, Steve Wilson, a black officer complained to the media about being promoted. No discipline has been given to Officer Wilson. I am being treated in a disparate fashion on account of my race.

16. Clearly, I have been the victim of discrimination and retaliation by the Respondents. Accordingly, I request that the EEOC issue a finding of "Probable Cause".

MATTHEW DREW

Sworn to before me this 22nd
day of October, 2018

Notary Public

STACEY CLEMENTS
Notary Public, State of New York
Reg. No. 01CL6080360
Qualified in Nassau County
Commission Expires Sept. 9, 2018