Printed: 02/21/2019



# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| 09/17/2017 | CNTRL AMRCN PAR | B | 9.86 | 104.536 | 1030.72 | |
| 09/22/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 09/29/2017 | MANPOWER | B | 6.50 | 104.536 | 679.48 | H-1427-17 |
| 10/07/2017 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 10/08/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 10/15/2017 | OTHER | B | 1.50 | 104.536 | 156.80 | CASE # 2914-17 |
| 10/24/2017 | COURT | B | 5.33 | 104.536 | 557.18 | |
| 10/28/2017 | MANPOWER | B | 5.33 | 104.536 | 557.18 | ACC # 2053-17 |
| 11/02/2017 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 11/03/2017 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 11/04/2017 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 11/06/2017 | PROCESSING | B | 7.50 | 104.536 | 784.02 | H- 1603-17 |
| 11/09/2017 | DWI | R | 6.00 | 156.804 | 940.82 | |
| 11/10/2017 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 11/15/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 12/05/2017 | COURT | B | 6.83 | 104.536 | 713.98 | |
| 12/09/2017 | MANPOWER | B | 6.00 | 104.536 | 627.22 | |
| 12/17/2017 | OTHER | B | 2.50 | 104.536 | 261.34 | H-3634, 3636-17 |
| 12/18/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 12/25/2017 | PROCESSING | B | 1.00 | 104.536 | 104.54 | H-1806-17 |
| 12/26/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 12/27/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| | **Employee Totals==>** | | **585.95** | | **60645.91** | |
| **Ser #** | **Name** | | | | | |
| 1201 | SMITH, MANDI | | | | | |
| 01/05/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 01/17/2017 | PROCESSING | B | 4.50 | 99.280 | 446.76 | H-104-17 |
| 01/25/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 02/01/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 02/05/2017 | MANPOWER | B | 13.33 | 99.280 | 1323.40 | |
| 02/06/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 02/09/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 02/20/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 03/03/2017 | MANPOWER | B | 17.33 | 99.280 | 1720.52 | |
| 03/13/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 03/21/2017 | OTHER | B | 5.50 | 99.280 | 546.04 | CRIME SCENE/ COMMAND BUS/ HENDRICKSON/FRONT |
| 03/22/2017 | OTHER | B | 4.50 | 99.280 | 446.76 | COMMAND BUS |
| 03/24/2017 | MANPOWER | B | 9.33 | 99.280 | 926.28 | |
| 03/26/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 03/27/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 03/30/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 04/06/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 04/11/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 04/27/2017 | MANPOWER | B | 9.33 | 99.280 | 926.28 | |
| 05/01/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/02/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/15/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/16/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/17/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/18/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/21/2017 | MANPOWER | B | 11.33 | 99.280 | 1124.84 | |
| 05/24/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 05/31/2017 | MANPOWER | B | 4.00 | 99.280 | 397.12 | |
| 06/08/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 06/10/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |

Printed: 02/21/2019



# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| 06/12/2017 | MANPOWER | B | 7.33 | 104.536 | 766.25 | |
| 06/13/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 06/14/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 06/18/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 06/19/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | |
| 06/19/2017 | OTHER | B | 4.00 | 104.536 | 418.14 | |
| 06/24/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 06/24/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 06/26/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 06/29/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 07/02/2017 | OTHER | B | 5.50 | 104.536 | 574.95 | H-1784-17 |
| 07/03/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 07/03/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | |
| 07/04/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 07/04/2017 | OTHER | B | 7.00 | 104.536 | 731.75 | FIREWORKS DETAIL |
| 07/05/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 07/05/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 07/07/2017 | MANPOWER | B | 9.33 | 104.536 | 975.32 | |
| 07/09/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 07/09/2017 | MANPOWER | B | 15.33 | 104.536 | 1602.54 | |
| 07/10/2017 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 07/10/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 07/10/2017 | OTHER | B | 2.00 | 104.536 | 209.07 | FTO |
| 07/11/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 07/12/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 07/13/2017 | OTHER | B | 0.50 | 104.536 | 52.27 | FTO |
| 07/13/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 07/19/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 07/24/2017 | MANPOWER | B | 15.33 | 104.536 | 1602.54 | |
| 07/25/2017 | MANPOWER | B | 12.33 | 104.536 | 1288.93 | |
| 07/29/2017 | OTHER | B | 1.50 | 104.536 | 156.80 | FTO |
| 07/30/2017 | MANPOWER | B | 15.33 | 104.536 | 1602.54 | |
| 08/02/2017 | MANPOWER | B | 10.33 | 104.536 | 1079.86 | |
| 08/06/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 08/11/2017 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 08/12/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 08/14/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 08/16/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 08/17/2017 | MANPOWER | B | 9.33 | 104.536 | 975.32 | |
| 08/30/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 09/01/2017 | MANPOWER | B | 15.33 | 104.536 | 1602.54 | |
| 09/03/2017 | MANPOWER | B | 9.33 | 104.536 | 975.32 | |
| 09/13/2017 | MANPOWER | B | 6.00 | 104.536 | 627.22 | |
| 09/14/2017 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 09/15/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 09/16/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 09/17/2017 | MANPOWER | B | 13.33 | 104.536 | 1393.46 | |
| 09/18/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 09/20/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 09/22/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 09/24/2017 | MANPOWER | B | 10.33 | 104.536 | 1079.86 | |
| 09/30/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 09/30/2017 | MANPOWER | B | 3.50 | 104.536 | 365.88 | |
| 10/06/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/07/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/09/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/13/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |

Printed:02/21/2019



# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| 10/14/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/16/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/23/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/30/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 10/31/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 11/01/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 11/07/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 11/12/2017 | MANPOWER | B | 9.33 | 104.536 | 975.32 | |
| 12/01/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 12/03/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 12/06/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 12/07/2017 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 12/10/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 12/17/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 12/25/2017 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| **Employee Totals==>** | | | **648.38** | | **66732.28** | |

| Ser # | Name | | | | | |
|---|---|---|---|---|---|---|
| 1202 | SPRY-DACRES, RAQUEL | | | | | |
| 01/04/2017 | PROCESSING | B | 1.00 | 99.284 | 99.28 | CUST 01-17 |
| 01/05/2017 | PROCESSING | B | 1.00 | 99.284 | 99.28 | CUST -03-17 |
| 01/11/2017 | PROCESSING | B | 3.00 | 99.284 | 297.85 | CUST -04-17 |
| 01/12/2017 | PROCESSING | B | 1.00 | 99.284 | 99.28 | CUST -6,7,8,-17 |
| 01/30/2017 | OTHER | B | 1.50 | 99.284 | 148.93 | CASE# H-310-17 |
| 02/01/2017 | OTHER | B | 1.00 | 99.284 | 99.28 | INVEST CASE # 310-17 |
| 02/06/2017 | PROCESSING | B | 9.00 | 99.284 | 893.56 | CUST 9-17 H=387-17 |
| 03/01/2017 | OTHER | B | 1.00 | 99.284 | 99.28 | INVESTIG SQ # 5593-17 |
| 03/07/2017 | OTHER | B | 1.00 | 99.284 | 99.28 | INVESTIGATION |
| 03/08/2017 | PROCESSING | B | 1.00 | 99.284 | 99.28 | H-16-17 |
| 03/08/2017 | PROCESSING | B | 1.00 | 99.284 | 99.28 | H-17-17 |
| 03/22/2017 | OTHER | B | 1.00 | 99.284 | 99.28 | CASE # 744-17 |
| 04/24/2017 | OTHER | B | 1.00 | 99.284 | 99.28 | NAACP MEETING |
| 04/25/2017 | COURT | B | 2.00 | 99.284 | 198.57 | |
| 05/04/2017 | OTHER | B | 2.00 | 99.284 | 198.57 | SQ# 11771/ CASE # 1131-17 |
| 05/09/2017 | OTHER | B | 1.00 | 99.284 | 99.28 | SQ# 12268-17 JUVENILE INVST |
| 05/22/2017 | PROCESSING | B | 3.00 | 99.284 | 297.85 | CUST #22-17 |
| 05/23/2017 | OTHER | B | 2.00 | 99.284 | 198.57 | CASE # 1368,1370-17 |
| 05/25/2017 | PROCESSING | B | 2.00 | 99.284 | 198.57 | CUST 23,24-17 |
| 06/21/2017 | OTHER | B | 7.00 | 104.536 | 731.75 | CASE # 1672-17 |
| 07/08/2017 | PROCESSING | B | 5.83 | 104.536 | 609.44 | CUST 40-17 |
| 07/21/2017 | OTHER | B | 1.00 | 104.536 | 104.54 | CASES # 2000,2001,2002-17 |
| 08/01/2017 | OTHER | B | 6.33 | 104.536 | 661.71 | NATIONAL NIGHT OUT |
| 09/12/2017 | OTHER | B | 1.00 | 104.536 | 104.54 | |
| 09/13/2017 | OTHER | B | 1.50 | 104.536 | 156.80 | XTRA WATCH HHS |
| 09/15/2017 | OTHER | B | 1.00 | 104.536 | 104.54 | XTRA WATCH HHS |
| 12/07/2017 | OTHER | B | 1.00 | 104.536 | 104.54 | CASE # 3418-17 |
| **Employee Totals==>** | | | **60.16** | | **6102.41** | |

| Ser # | Name | | | | | |
|---|---|---|---|---|---|---|
| 1203 | CASSAGNOL, DIDIER | | | | | |
| 08/07/2017 | OTHER | B | 6.33 | 104.536 | 661.71 | DOMESTIC VIOLENCE |
| 08/08/2017 | OTHER | B | 6.33 | 104.536 | 661.71 | DOMESTIC VIOLENCE |
| 08/12/2017 | OTHER | B | 5.33 | 104.536 | 557.18 | HOMICIDE INV |
| 08/21/2017 | MANPOWER | B | 6.33 | 104.536 | 661.71 | |
| **Employee Totals==>** | | | **24.32** | | **2542.31** | |