| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| 05/24/2018 | PROCESSING | B | 1.00 | 104.536 | 104.54 | H- 714-18 |
| 06/06/2018 | PROCESSING | B | 5.50 | 104.536 | 574.95 | H- 777-18 |
| 06/12/2018 | PROCESSING | B | 6.00 | 104.536 | 627.22 | H- 798/795-18 |
| **Employee Totals==>** | | | **154.32** | | **16132.01** | |
| **Ser #** | **Name** | | | | | |
| 1199 | SHURY, CLARENCE | | | | | |
| 01/09/2018 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 01/10/2018 | MANPOWER | B | 4.50 | 104.536 | 470.41 | |
| 01/17/2018 | COURT | B | 5.33 | 104.536 | 557.18 | |
| 01/19/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 01/20/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 01/22/2018 | COURT | B | 8.83 | 104.536 | 923.05 | |
| 01/26/2018 | MANPOWER | B | 6.50 | 104.536 | 679.48 | |
| 02/03/2018 | MANPOWER | B | 6.50 | 104.536 | 679.48 | H- 167,168-18 |
| 02/11/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 02/13/2018 | PROCESSING | B | 9.00 | 104.536 | 940.82 | H- 205-18 |
| 02/14/2018 | COURT | B | 5.33 | 104.536 | 557.18 | |
| 02/27/2018 | MANPOWER | B | 5.50 | 104.536 | 574.95 | |
| 03/02/2018 | MANPOWER | B | 9.33 | 104.536 | 975.32 | |
| 03/17/2018 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 03/18/2018 | PROCESSING | B | 6.00 | 104.536 | 627.22 | H- 357-18 |
| 03/22/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 03/24/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 04/01/2018 | MANPOWER | | 6.50 | 104.536 | 679.48 | |
| 04/08/2018 | PROCESSING | B | 6.00 | 104.536 | 627.22 | H- 452-18 |
| 04/09/2018 | PROCESSING | B | 7.00 | 104.536 | 731.75 | H- 455-18 |
| 04/15/2018 | MANPOWER | B | 7.00 | 104.536 | 731.75 | |
| 04/16/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 04/18/2018 | PROCESSING | B | 7.00 | 104.536 | 731.75 | H- 503-18 |
| 04/21/2018 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 04/22/2018 | MANPOWER | B | 1.50 | 104.536 | 156.80 | |
| 04/24/2018 | OTHER | B | 1.50 | 104.536 | 156.80 | H-1073-18 |
| 04/27/2018 | MANPOWER | B | 16.33 | 104.536 | 1707.07 | H-580-18 |
| 04/28/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 05/01/2018 | PROCESSING | B | 5.50 | 104.536 | 574.95 | H- 586-18 |
| 05/02/2018 | PROCESSING | B | 5.00 | 104.536 | 522.68 | H- 593-18 |
| 05/03/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 05/05/2018 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 05/11/2018 | MANPOWER | B | 3.00 | 104.536 | 313.61 | |
| 05/19/2018 | MANPOWER | B | 17.33 | 104.536 | 1811.61 | |
| 06/11/2018 | PROCESSING | B | 4.00 | 104.536 | 418.14 | H- 791-18 |
| 06/12/2018 | MANPOWER | B | 1.50 | 104.536 | 156.80 | |
| **Employee Totals==>** | | | **221.31** | | **23134.85** | |
| **Ser #** | **Name** | | | | | |
| 1201 | SMITH, MANDI | | | | | |
| 01/05/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 01/07/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 01/10/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 01/11/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 01/13/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 02/11/2018 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 02/14/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 02/15/2018 | MANPOWER | B | 9.33 | 104.536 | 975.32 | |
| 02/21/2018 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 03/01/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| 03/23/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 03/25/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 04/10/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 04/11/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 04/14/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 04/22/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 04/24/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 04/26/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 04/27/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 05/05/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 05/06/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 05/12/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 06/12/2018 | MANPOWER | B | 6.00 | 104.536 | 627.22 | |
| 06/13/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| 06/14/2018 | MANPOWER | B | 4.00 | 104.536 | 418.14 | |
| | **Employee Totals==>** | | **145.31** | | **15190.06** | |
| **Ser #** | **Name** | | | | | |
| 1202 | SPRY-DACRES, RAQUEL | | | | | |
| 01/21/2018 | OTHER | B | 5.33 | 104.536 | 557.18 | FUNERAL DETAIL - MARINO |
| 04/17/2018 | OTHER | B | 1.00 | 104.536 | 104.54 | |
| | **Employee Totals==>** | | **6.33** | | **661.72** | |
| **Ser #** | **Name** | | | | | |
| 1204 | HARRIS, RUSSELL | | | | | |
| 02/09/2018 | OTHER | B | 0.50 | 104.536 | 52.27 | GANG FIGHT KENNEDY PARK |
| 02/12/2018 | OTHER | B | 1.00 | 104.536 | 104.54 | INVESTIGATION CASE # 415-18 |
| 03/01/2018 | OTHER | B | 1.00 | 104.536 | 104.54 | INVESTG H- 572-18 |
| 03/26/2018 | OTHER | B | 2.00 | 104.536 | 209.07 | P A L CW POST |
| 03/28/2018 | OTHER | B | 1.00 | 104.536 | 104.54 | MARCH MADNESS HHSDETAIL |
| 04/02/2018 | OTHER | B | 1.50 | 104.536 | 156.80 | H-851-18 |
| 04/12/2018 | OTHER | B | 1.00 | 104.536 | 104.54 | MV PURSUIT |
| 04/25/2018 | OTHER | B | 1.00 | 104.536 | 104.54 | INVESTIGATION ( MISSING) |
| 05/07/2018 | OTHER | B | 2.00 | 104.536 | 209.07 | INVESTIGATION CHARTER ACADEMY SCHOOL |
| 05/08/2018 | OTHER | B | 3.50 | 104.536 | 365.88 | PRISONER TRANSPORT H-628-18 NUMC |
| | **Employee Totals==>** | | **14.50** | | **1515.79** | |
| **Ser #** | **Name** | | | | | |
| 1205 | JOHNSON, JAMES | | | | | |
| 01/04/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 01/26/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 02/03/2018 | MANPOWER | B | 2.00 | 104.536 | 209.07 | |
| 03/01/2018 | MANPOWER | B | 6.50 | 104.536 | 679.48 | |
| 03/03/2018 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 03/24/2018 | MANPOWER | B | 6.00 | 104.536 | 627.22 | |
| 04/09/2018 | PROCESSING | B | 7.00 | 104.536 | 731.75 | H-455-18 |
| 04/17/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 04/22/2018 | MANPOWER | B | 2.00 | 104.536 | 209.07 | |
| 04/25/2018 | MANPOWER | B | 1.00 | 104.536 | 104.54 | |
| 04/28/2018 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 04/29/2018 | MANPOWER | B | 11.33 | 104.536 | 1184.39 | |
| 05/01/2018 | MANPOWER | B | 6.50 | 104.536 | 679.48 | |
| 05/04/2018 | MANPOWER | B | 5.50 | 104.536 | 574.95 | |
| 05/12/2018 | GIVE | R | 6.00 | 104.536 | 627.22 | |
| 05/18/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |
| 05/19/2018 | MANPOWER | B | 5.00 | 104.536 | 522.68 | |

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks |
|---|---|---|---|---|---|---|
| 07/03/2018 | MANPOWER | R | 11.33 | 104.536 | 1184.39 | |
| 06/30/2018 | GIVE | R | 6 | 104.536 | 627.22 | |
| 06/30/2018 | PROCESSING | R | 4 | 104.536 | 418.14 | H-866-18 |
| 06/29/2018 | PROCESSING | R | 4 | 104.536 | 418.14 | H-863-18 |
| 06/29/2018 | GIVE | R | 6 | 104.536 | 627.22 | |
| 06/28/2018 | PROCESSING | R | 5 | 104.536 | 522.68 | H-860-18 |
| 06/27/2018 | OTHER | R | 1.5 | 104.536 | 156.80 | H-1775-18 |
| 06/26/2018 | OTHER | R | 1 | 104.536 | 104.54 | H- 1764-18 |
| | **Employee Totals ==>** | | **416.79** | | **43615.74** | |
| **Ser #** | **Name** | | | | | |
| 1201 | SMITH, MANDI | | | | | |
| 12/31/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 12/29/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 12/25/2018 | MANPOWER | R | 5 | 104.536 | 522.68 | |
| 12/24/2018 | MANPOWER | R | 12.83 | 104.536 | 1341.20 | |
| 12/23/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 12/22/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 12/20/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 12/13/2018 | COURT | R | 5.33 | 104.536 | 557.18 | |
| 09/29/2018 | OTHER | R | 7.83 | 104.536 | 818.52 | HEMP *375 ANNIV |
| 08/09/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 08/07/2018 | OTHER | R | 1 | 104.536 | 104.54 | FIELD TRAINING ( REYES) |
| 08/06/2018 | OTHER | R | 2 | 104.536 | 209.07 | FTO TRAINING |
| 07/24/2018 | OTHER | R | 2 | 104.536 | 209.07 | Field Training/ Reyes |
| 07/24/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 07/22/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 07/21/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 07/19/2018 | COURT | R | 5.33 | 104.536 | 557.18 | |
| 07/13/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 06/28/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| 06/25/2018 | COURT | R | 5.33 | 104.536 | 557.18 | |
| 06/21/2018 | MANPOWER | R | 4 | 104.536 | 418.14 | |
| | **Employee Totals ==>** | | **94.65** | | **9894.30** | |
| **Ser #** | **Name** | | | | | |
| 1253 | SMITH, SHANEKA A | | | | | |
| 12/27/2018 | MANPOWER | R | 4 | 54.441 | 217.76 | |
| 12/24/2018 | MANPOWER | R | 4 | 54.441 | 217.76 | |
| 12/14/2018 | GIVE | R | 6 | 61.272 | 367.63 | |
| 12/14/2018 | COURT | R | 5.33 | 54.441 | 290.17 | |
| 12/10/2018 | PROCESSING | R | 4 | 54.441 | 217.76 | H-1547-18 |
| 11/17/2018 | PROCESSING | R | 7.5 | 54.441 | 408.31 | H-1397,98,1400-18 |
| 11/15/2018 | PROCESSING | R | 0.5 | 54.441 | 27.22 | H-2257-18 |