Printed: 01/08/2019



# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| Ser # | Name | | | | | |
| 1243 | DREW, MATTHEW | | | | | |
| 01/10/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 01/16/2018 | COURT | B | 9.33 | 70.453 | 657.33 | |
| 01/18/2018 | COURT | B | 8.83 | 70.453 | 622.10 | |
| 02/27/2018 | COURT | B | 7.33 | 70.453 | 516.42 | |
| 04/02/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 04/04/2018 | OTHER | B | 5.33 | 70.453 | 375.51 | HEARING AT WORKERS COMPENSATION |
| 04/05/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 04/08/2018 | PROCESSING | B | 8.50 | 70.453 | 598.85 | H- 454-18 |
| 04/09/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 04/12/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 04/13/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 04/17/2018 | MANPOWER | B | 5.00 | 70.453 | 352.27 | |
| 04/18/2018 | PROCESSING | B | 7.00 | 70.453 | 493.17 | H- 503-18 |
| 04/19/2018 | GANG/DRUG | R | 6.00 | 70.453 | 422.72 | |
| 04/19/2018 | COURT | B | 8.83 | 70.453 | 622.10 | |
| 04/19/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 04/22/2018 | MANPOWER | B | 2.00 | 70.453 | 140.91 | |
| 04/23/2018 | PROCESSING | B | 7.50 | 70.453 | 528.40 | H- 535,536,537-18 |
| 04/24/2018 | PROCESSING | B | 3.00 | 70.453 | 211.36 | H- 542-18 |
| 04/26/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 04/26/2018 | MANPOWER | B | 5.00 | 70.453 | 352.27 | |
| 04/27/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 05/01/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 05/02/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 05/04/2018 | MANPOWER | B | 4.00 | 70.453 | 281.81 | |
| 05/04/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 05/04/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 05/08/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 05/15/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 05/21/2018 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 05/22/2018 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 05/25/2018 | OTHER | B | 4.00 | 70.453 | 281.81 | FFC/ TRANSPORT DEF BOWMAN |
| 05/26/2018 | PROCESSING | B | 8.50 | 70.453 | 598.85 | H- 720-18 |
| 05/26/2018 | MANPOWER | B | 1.50 | 70.453 | 105.68 | |
| 05/28/2018 | PROCESSING | B | 6.50 | 70.453 | 457.94 | H- 722-18 |
| 06/11/2018 | PROCESSING | B | 4.00 | 70.453 | 281.81 | H-791-18 |
| | **Employee Totals==>** | | **208.79** | | **14709.87** | |
| | **Grand Totals=====>** | | **208.79** | | **14709.87** | |

# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks |
|---|---|---|---|---|---|---|
| Ser # | Name | | | | | |
| 1243 | DREW, MATTHEW L | | | | | |
| 11/18/2018 | PROCESSING | R | 8 | 70.453 | 563.62 | H-1402-18 |
| 11/17/2018 | PROCESSING | R | 8 | 70.453 | 563.62 | H-1396-18 |
| 11/16/2018 | PROCESSING | R | 1 | 70.453 | 70.45 | H-1381-18 |
| 11/15/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 11/03/2018 | PROCESSING | R | 6 | 70.453 | 422.72 | H-1328-18 |
| 11/01/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 10/31/2018 | MANPOWER | R | 9.5 | 70.453 | 669.30 | |
| 10/27/2018 | PROCESSING | R | 2 | 70.453 | 140.91 | H-1291-18 |
| 10/26/2018 | MANPOWER | R | 5 | 70.453 | 352.27 | |
| 10/25/2018 | COURT | R | 8.33 | 70.453 | 586.87 | |
| 10/21/2018 | MANPOWER | R | 10.33 | 70.453 | 727.78 | |
| 10/19/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 10/17/2018 | PROCESSING | R | 6 | 70.453 | 422.72 | H- 1257-18 |
| 10/17/2018 | COURT | R | 3 | 70.453 | 211.36 | |
| 10/16/2018 | COURT | R | 8.33 | 70.453 | 586.87 | |
| 10/15/2018 | COURT | R | 7.83 | 70.453 | 551.65 | |
| 10/11/2018 | PROCESSING | R | 4.5 | 70.453 | 317.04 | H- 1238-18 |
| 10/09/2018 | COURT | R | 9.33 | 70.453 | 657.33 | |
| 10/01/2018 | PROCESSING | R | 6 | 70.453 | 422.72 | H- 1194-18 |
| 09/30/2018 | PROCESSING | R | 5.5 | 70.453 | 387.49 | H-1193-18 |
| 09/24/2018 | COURT | R | 5.33 | 70.453 | 375.51 | |
| 09/23/2018 | PROCESSING | R | 12 | 70.453 | 845.44 | H-1167=18 |
| 09/21/2018 | DWI | R | 5 | 70.453 | 528.40 | DWI GRANT |
| 09/21/2018 | PROCESSING | R | 5 | 70.453 | 352.27 | H- 1162-18 |
| 09/19/2018 | COURT | R | 5.33 | 70.453 | 375.51 | |
| 09/17/2018 | PROCESSING | R | 11 | 70.453 | 774.98 | H-1138-18 |
| 09/16/2018 | PROCESSING | R | 8 | 70.453 | 563.62 | H- 1135-18 |
| 09/14/2018 | OTHER | R | 1.5 | 70.453 | 105.68 | CRIME SCENE -2518-18 |
| 09/08/2018 | PROCESSING | R | 8 | 70.453 | 563.62 | H-1092-18 |
| 09/07/2018 | PROCESSING | R | 8 | 70.453 | 563.62 | H-1084-18 |
| 09/05/2018 | COURT | R | 5.33 | 70.453 | 375.51 | |
| 09/03/2018 | PROCESSING | R | 7 | 70.453 | 493.17 | h-1067-18 |
| 09/03/2018 | DWI | R | 5 | 70.453 | 528.40 | stop dwi grant |
| 08/30/2018 | OTHER | R | 5 | 70.453 | 352.27 | STOP DWI GRANT |
| 08/28/2018 | COURT | R | 5.33 | 70.453 | 375.51 | PBA LAWYER MEETING |
| 08/18/2018 | PROCESSING | R | 2.5 | 70.453 | 176.13 | H- 1003-18 |
| 08/17/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 08/13/2018 | PROCESSING | R | 7 | 70.453 | 493.17 | H-980-18 |
| 08/04/2018 | DWI | R | 4 | 70.453 | 422.72 | |
| 08/04/2018 | PROCESSING | R | 10.5 | 70.453 | 739.76 | H-952-18 |

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks |
|---|---|---|---|---|---|---|
| 08/02/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 07/31/2018 | COURT | R | 8.33 | 70.453 | 586.87 | |
| 07/26/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 07/25/2018 | COURT | R | 7.33 | 70.453 | 516.42 | |
| 07/23/2018 | COURT | R | 5.33 | 70.453 | 375.51 | |
| 07/09/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 07/06/2018 | COURT | R | 5.33 | 70.453 | 375.51 | |
| 07/05/2018 | COURT | R | 6.33 | 70.453 | 445.97 | |
| 07/04/2018 | PROCESSING | R | 9 | 70.453 | 634.08 | H-872-18 |
| 07/03/2018 | COURT | R | 5.33 | 70.453 | 375.51 | |
| 06/29/2018 | GIVE | R | 6 | 70.453 | 422.72 | |
| 06/28/2018 | PROCESSING | R | 5 | 70.453 | 352.27 | H-860-18 |
| 06/27/2018 | MANPOWER | R | 5 | 70.453 | 352.27 | |
| 06/26/2018 | COURT | R | 6.83 | 70.453 | 481.19 | |
| 11/27/2018 | PROCESSING | R | 3.5 | 70.453 | 246.59 | H-1448-18 |
| | **Employee Totals ==>** | | **344.78** | | **24783.96** | |