**Finkel, Richard**

---

| | |
|---|---|
| **From:** | Finkel, Richard |
| **Sent:** | Friday, March 06, 2020 4:51 PM |
| **To:** | Jason Abelove (jason@jasonabelove.com) |
| **Subject:** | FW: Drew v. Village of Hempstead (Part 1 of 2) |
| **Attachments:** | LIGNY1-#182978-v1-M__Drew_EEOC_Charge_No__520-2019-00697_(Exhibits_A-I).PDF |

**Richard Finkel**
516.267.6328 Direct

**From:** Finkel, Richard
**Sent:** Friday, March 06, 2020 4:47 PM
**To:** 'jabelove@aol.com' <jabelove@aol.com>
**Subject:** Drew v. Village of Hempstead (Part 1 of 2)

Jason:

The attached Position Statement contains the overtime records that I understand we were directed to provide you with.

This is Part 1 of 2. The second will follow.

Rich

## Finkel, Richard

| | |
|---|---|
| **From:** | Finkel, Richard |
| **Sent:** | Friday, March 06, 2020 4:52 PM |
| **To:** | Jason Abelove (jason@jasonabelove.com) |
| **Subject:** | FW: Drew v. Village of Hempstead (2 of 2) |
| **Attachments:** | LIGNY1-#182979-v1-M__Drew_EEOC_Charge_No__520-2019-00697_(Exhibits_J-P).PDF |

**Richard Finkel**
516.267.6328 Direct

**From:** Finkel, Richard
**Sent:** Friday, March 06, 2020 4:50 PM
**To:** 'jabelove@aol.com' <jabelove@aol.com>
**Subject:** Drew v. Village of Hempstead (2 of 2)