> / 1 5800

# New York State INCIDENT REPORT

## INCIDENT

| 1. Agency | 2. Division/Precinct | 3. ORI | 4. Orig / Supp | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| HEMPSTEAD POLICE DEPARTMENT | HEMP | NY NY0290600 | [X] Orig [ ] Supp | HCR-02183-18 | SEQ-022539-18 |

| 7. Report Day | 8. Date | 9. Report Time | Occurred On/From: 10. Day | 11. Date | 12. Time | Occurred To: 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|
| Tue | 08 14 2018 | 0645 | Tue | 08 14 2018 | 0645 | Tue | 08 14 2018 | 0645 |

16. Incident Type: INVESTIGATION
17. Business Name: HEMPSTEAD POLICE DEPARTMENT
18. Weapon(s):

19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.): 99 NICHOLS CT
20. City, State, Zip ( [ ] C [ ] T [X] V): HEMPSTEAD, NY, 11550
21. Location Code: 02906

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

23. No. of Victims: 1
24. No. of Suspects: 0

## ASSOCIATED PERSONS

25. Person Type: CO = Complainant OT = Other PI = Person Interviewed PR = Person Reporting WI = Witness NI = Not Interviewed VI = Victim
26. Victim also complainant [X] Y [ ] N

| TYPE/NO | NAME (LAST, FIRST MIDDLE, TITLE) | Date of Birth | STREET NO., STREET NAME, BLDG. NO., APT. NO., CITY, STATE, ZIP | TELEPHONE NO. |
|---|---|---|---|---|
| CV | DREW, MATTHEW | | 99 NICHOLS CT, HEMPSTEAD NY 11550 | |
| WI | RIDLEY, LEROY | | 99 NICHOLS ST, HEMPSTEAD NY 11550 | |
| OT | SAVINO, JOSEPH | | 99 NICHOLS CT, HEMPSTEAD NY 11550 | |

## VICTIM

27. Date of Birth:
28. Age:
29. Sex: [X] M [ ] F [ ] U
30. Race: [X] White [ ] Black [ ] Other [ ] Indian [ ] Asian [ ] Unk.
31. Ethnic: [ ] Hispanic [ ] Unk. [X] Non-Hispanic
32. Handicap: [ ] Yes [X] No
33. Residence Status: [X] Resident [ ] Commuter [ ] Tourist [ ] Military [ ] Student [ ] Homeless [ ] Temp. Res.- Foreign Nat. [ ] Other [ ] Unk.
34. Victim DID receive information on Victim's Rights and Services pursuant to New York State Law [ ] YES [X] NO

## SUSPECT MISSING/ARRESTED PERSON

35. Type/No. Arrest Subject
36. Name (Last, First, Middle)
37. Alias/Nickname/Maiden Name (Last, First, Middle)
38. Apparent Condition: [ ] Impaired Drugs [ ] Impaired Alco [ ] Mental Dis [ ] Inj / Ill [ ] Unk. [ ] App Norm
39. Address (Street No., Street Name, Bldg. No., Apt. No., City, State, Zip)
40. Phone No. [ ] Cell [ ] Home [ ] Work
41. Social Security No.
42. Date of Birth
43. Age
44. Sex: [ ] M [ ] F [ ] U
45. Race: [ ] White [ ] Black [ ] Other [ ] Indian [ ] Asian [ ] Unk.
46. Ethnic: [ ] Hispanic [ ] Unk. [ ] Non-Hispanic
47. Skin: [ ] Light [ ] Dark [ ] Unk. [ ] Medium [ ] Other
48. Occupation
49. Height
50. Weight
51. Hair
52. Eyes
53. Glasses: [ ] Yes [ ] Contacts [ ] No
54. Build: [ ] Small [ ] Large [ ] Medium
55. Employer/School
56. Address
57. Scars/Marks/Tattoos (Describe)
58. Misc.

## PROPERTY

| 59. Victim or Suspect No. | Property Status | Property Type | Quantity/Measure | Make or Drug Type | Model | Serial No | Description | Value |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | CLOTH | | | T-SHIRT | |
| | | | | | | | | 0 |

### VEHICLE

60. Vehicle Status
61. License Plate No. Full [ ] Partial [ ]
62. State
63. Exp. Yr.
64. Plate Type
65. Value
66. Veh. Yr.
67. Make
68. Model
69. Style
70. VIN.
71. Color(s)
72. Towed By: To:
73. Vehicle Notes

## NARRATIVE

74. ON THE ABOVE LISTED DATE, TIME AND PLACE OF OCCURRENCE REPORTING PERSON STATES THAT A WHITE CLOTH T-SHIRT WITH EYE HOLES CUT IN SAID SHIRT AND THE WORDS, "KKK VIOLATE CIVIL RIGHTS" WRITTEN IN BLACK COLORED INK WAS LOCATED AND RECOVERED FROM THE TOP OF HIS POLICE ISSUED LOCKER INSIDE THE HEMPSTEAD POLICE DEPT MALE LOCKER ROOM. THIRD SQUAD DET WILLS HAS BEEN NOTIFIED. CRIME SCENE DET MAZZIE #7341 IN CRIME VEHICLE #1002 RESPONDED AND COLLECTED PROPERTY. NASSAU COUNTY INTERNAL AFFAIRS LT. SULLVAN AND SGT FERRER RESPONDED TO SCENE. SJ# 42135-18

## ADMINISTRATIVE

75. Inquiries (Check all that apply): [ ] DMV [ ] Want/Warrant [ ] Scofflaw [ ] Crim. History [ ] Stolen Property [ ] Other
76. NYSPIN Message No.
77. Complainant Signature

78. Reporting Officer Signature (Include Rank): PO Mason — T. MASON
79. ID No. Serial: 1251
80. Supervisor's Signature (Include Rank): Sgt Savino — Sgt Savino
81. ID No. Serial: 1141

82. Status [ ] Open [ ] Closed (if Closed, check box below) [ ] Unfounded [ ] Victim Refused to Coop. [ ] Arrest [ ] Pros Declined [ ] Warrant Advised [ ] CBI [ ] Juv. - No Custody [ ] Arrest - Juv [ ] Offender Dead [ ] Extrad. Declin [ ] Unk.
83. Status Date: 08 14 2018
84. Notified/TOT
85. Page 1 of 2 Pages

B use cover sheet

Right margin: A. B. C. D. E. F. G. H. I. 4 J. 00 K. 4 L. M. N. 12 1 X X X X X X 8 9 10 11 X X 5

DCJS-3205 (11/06) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

**INCIDENT No. :HCR-02183-18**

**BLOTTER/CC No. : SEQ-022539-18**

**SIGNATURE(s)**

REPORTING OFFICER PO Mason

SUPERVISOR Sgt [illegible]



DATE: 8/10/18 TIME:
NAME:
LOCATION: HOME , OTHER:
PHONE # HOME , OTHER:
REPORT: ON SICK , REQUEST FOR AID
REPORTED OFF SICK/AID.
TIME
SUPERVISOR
K K K


K K K