Printed: 02/21/2019

# OVERTIME REPORT



ALL OVERTIME

2017

| Ser # | Name | O/T Hrs | Dollar Amount |
|---|---|---|---|
| 1096 | JACKSON, CHERYL | 526.82 | 54491.51 |
| 1104 | QUATTROPANI, ANTHONY | 220.11 | 28940.98 |
| 1106 | SCHIRMACHER, BRIAN | 462.36 | 64305.14 |
| 1111 | COOKE, PATRICK | 360.57 | 49469.27 |
| 1123 | BELL, PAUL | 919.33 | 95361.91 |
| 1127 | MURPHY, MICHAEL | 428.59 | 44482.88 |
| 1132 | MONTERA, VINCENT | 187.78 | 25092.51 |
| 1137 | COLGAN, KEVIN | 257.42 | 34042.10 |
| 1138 | MASI, AMERICO | 184.45 | 19042.88 |
| 1139 | LARSSAN, JEFFREY | 370.22 | 44528.81 |
| 1141 | SAVINO, JOSEPH | 239.94 | 27819.60 |
| 1144 | HOROWITZ, STEVEN | 511.50 | 60947.90 |
| 1146 | BARNES, KAROL | 365.14 | 37469.58 |
| 1147 | ESTE, EUGENE | 495.29 | 50798.91 |
| 1149 | HENDRY, ROBERT | 93.15 | 9663.30 |
| 1150 | MATALONE, EDWARD | 91.51 | 10313.18 |
| 1152 | WELLINGTON, SHAYNE | 377.73 | 45105.63 |
| 1155 | DEGOURVILLE, DIONNE | 303.52 | 35232.98 |
| 1156 | WILSON, STEVEN | 413.64 | 48088.91 |
| 1157 | DEAN III, EARL | 79.13 | 8228.53 |
| 1159 | BORNSTEIN, MICHAEL | 414.82 | 48085.22 |
| 1160 | JOHNSON, PAUL | 250.27 | 33221.25 |
| 1163 | FONG-LEE, MELBA | 1.00 | 112.64 |
| 1165 | HOLLAND, RICHARD | 258.60 | 34276.93 |
| 1167 | AIKEN, DARRELL | 436.06 | 50636.39 |
| 1168 | ROBINSON, NATISHA | 280.26 | 37280.11 |
| 1169 | WILLIAMS, MARK | 350.97 | 36035.53 |
| 1170 | RODRIGUEZ, LOUIS | 168.19 | 17088.97 |
| 1171 | ESPINA, PHILIP | 319.12 | 32916.61 |
| 1172 | HOLLEY, MICHAEL | 461.45 | 47334.64 |
| 1173 | MARTINI III, JOHN | 433.67 | 44625.16 |
| 1177 | WARNER, DEREK | 494.57 | 61880.69 |
| 1178 | PARIS,III, CARL | 393.61 | 40987.79 |
| 1179 | ALMANZAR, ANTHONY | 224.51 | 25714.87 |
| 1180 | DERISI, MARTINO | 568.95 | 58364.19 |
| 1181 | ROGERS, ANTHONY | 437.64 | 45961.98 |
| 1182 | JOHNSON JR., LONNIE | 373.24 | 48957.08 |
| 1185 | GUEVREKIAN, JACK | 755.44 | 77236.82 |
| 1187 | MURPHY, MATTHEW | 433.96 | 44205.58 |
| 1188 | KIRICHENKO, MARK | 238.57 | 31551.32 |
| 1190 | VARGAS, ADRIANA | 392.13 | 40395.63 |
| 1191 | LARKIN, DANIEL | 94.47 | 9781.89 |
| 1193 | VICINO, KENNETH | 229.33 | 23400.76 |
| 1194 | OHR, WALTER | 550.86 | 56012.02 |
| 1195 | ESTELLE JR., PATRICK | 241.49 | 24487.27 |
| 1196 | MURPHY, JAMES | 323.74 | 38530.91 |
| 1197 | DIXON, IVORY | 664.13 | 78448.02 |
| 1198 | MIRANDA, JUAN | 360.97 | 36771.55 |
| 1199 | SHURY, CLARENCE | 585.95 | 60645.91 |
| 1201 | SMITH, MANDI | 648.38 | 66732.28 |
| 1202 | SPRY-DACRES, RAQUEL | 60.16 | 6102.41 |
| 1203 | CASSAGNOL, DIDIER | 24.32 | 2542.31 |
| 1204 | HARRIS, RUSSELL | 55.66 | 5742.33 |
| 1205 | JOHNSON, JAMES | 271.64 | 27528.30 |
| 1206 | BENSON, MARCELLUS | 628.46 | 64599.12 |
| 1207 | WASHINGTON, MELODY | 401.14 | 41088.15 |
| 1208 | ROBERTS, SHERYL | 468.30 | 45917.40 |

| Ser # | Name | O/T Hrs | Dollar Amount |
|---|---|---|---|
| 1209 | JONES, STEPHANIE | 213.28 | 24216.64 |
| 1210 | GOODSON, CALVIN | 252.81 | 25240.40 |
| 1212 | FALK, WILLIAM | 380.43 | 37489.11 |
| 1214 | RIDLEY, LEROY | 275.30 | 27145.20 |
| 1216 | BAIBEL, MARIO | 18.33 | 1790.33 |
| 1217 | COUSINS, ANTHONY | 894.02 | 69684.50 |
| 1218 | MIRANDA, WILLIAM | 329.79 | 25957.26 |
| 1219 | GIARDINO, CHRISTOPHER | 210.94 | 16885.38 |
| 1220 | RODGERS, JOHN | 330.30 | 25661.89 |
| 1222 | PETTWAY, JR., ROMAN | 331.49 | 25789.84 |
| 1223 | CONNOLLY, BRIAN | 111.48 | 8629.49 |
| 1224 | HOGAN, JAMES | 146.83 | 11687.18 |
| 1225 | FLANNERY, MATTHEW | 273.66 | 21049.58 |
| 1226 | CARLO, KEITH | 272.30 | 21015.73 |
| 1227 | BUONAGURIO, DANIEL | 375.32 | 29456.51 |
| 1228 | TORRES, GABRIEL | 34.00 | 2637.38 |
| 1229 | DAVIS, GRANT | 620.75 | 48766.40 |
| 1230 | COHEN, CHRISTOPHER | 237.99 | 18512.66 |
| 1231 | WADE, ADAM | 123.31 | 9682.75 |
| 1232 | VAN WYEN, ROBERT | 220.32 | 17250.52 |
| 1234 | BUCCELLATO, VITO | 678.45 | 52764.72 |
| 1235 | DEUTCSH, EDWARD | 461.94 | 35906.69 |
| 1236 | BUCZEK, EUGENE | 74.49 | 5979.72 |
| 1237 | REES, PETER | 238.48 | 18762.76 |
| 1238 | O'BRIEN, SEAN | 131.64 | 9906.70 |
| 1239 | CONNORS, KEITH | 470.11 | 44922.66 |
| 1240 | MULHEARN, EDWARD | 71.99 | 5402.15 |
| 1242 | GLEASON, SHAUN | 330.95 | 23810.10 |
| 1243 | DREW, MATTHEW | 559.76 | 34767.46 |
| 1244 | FAGAN, GREGORY | 65.65 | 4361.95 |
| 1245 | BASMAGY, MATTHEW | 249.14 | 16863.86 |
| 1246 | AMIN, ALAMZEB | 221.47 | 14113.05 |
| 1247 | HOVANEC, SCOTT | 435.46 | 27110.63 |
| 1248 | WHITING, PAUL | 125.49 | 7858.94 |
| 1249 | COHEN, STEVEN | 188.97 | 9731.36 |
| 1250 | PEREZ, MARK | 320.93 | 17113.38 |
| 1251 | MASON, TANESHA | 536.27 | 28250.09 |
| 1252 | ROTH, IAN | 34.33 | 1868.97 |
| 1253 | SMITH, SHANEKA | 420.46 | 21513.19 |
| 1254 | FULLER, DARRELL | 81.49 | 4396.51 |
| 1255 | JONES, KELVIN | 204.80 | 10564.41 |
| 1256 | PAGE, JOSEPH | 94.99 | 4388.97 |
| 1258 | FRANK, ROBERT | 729.41 | 33737.59 |
| 1259 | CHARLES, WATSON | 320.29 | 15257.88 |
| 1260 | TAYLOR, MATTHEW | 87.66 | 4106.12 |
| 1261 | JEAN-BAPTISTE, PETERS | 380.48 | 17673.56 |
| 1262 | HENDRY, CHARLES | 265.97 | 12352.32 |
| 1263 | CARRILLOS, ISANDY | 65.16 | 3039.89 |
| 1264 | YOUNG, TIFFANY | 304.30 | 13970.03 |
| 1265 | BAZZINI, MARISSA | 482.30 | 15021.14 |
| 1266 | BOSCH, NICHOLAS | 230.66 | 5991.84 |
| 1270 | GESSNER, THOMAS | 47.00 | 2006.80 |
| 1271 | YOUNG, KYLE | 15.50 | 661.82 |
| 1272 | PARKE, ALYSSA | 123.49 | 5272.78 |
| 1273 | ZITO, WILLIAM | 21.50 | 1024.76 |
| 1274 | ANGELINO, ALISSA | 51.00 | 2177.61 |
| 1275 | KESSLER, KEVIN | 35.00 | 1494.43 |

| Ser # | Name | O/T Hrs | Dollar Amount |
|---|---|---|---|
| 1276 | BECK III, JAMES | 106.66 | 4554.18 |
| 1278 | FARRELL, DANIEL | 6.33 | 0.00 |

Totals=====> 35106.85 3245876.31