# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| **Ser #** | **Name** | | | | | |
| 1243 | DREW, MATTHEW | | | | | |
| 01/03/2017 | MANPOWER | B | 10.83 | 57.176 | 619.22 | |
| 01/09/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 01/15/2017 | PROCESSING | B | 6.00 | 57.176 | 343.06 | H-81-17 |
| 01/16/2017 | PROCESSING | B | 6.00 | 57.176 | 343.06 | H-84-17 |
| 01/18/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 01/22/2017 | PROCESSING | B | 13.00 | 57.176 | 743.29 | H-136-17 |
| 01/25/2017 | PROCESSING | B | 1.00 | 57.176 | 57.18 | H- 151-17 |
| 02/07/2017 | OTHER | B | 1.00 | 57.176 | 57.18 | CASE# H-394-17 |
| 02/08/2017 | PROCESSING | B | 5.50 | 57.176 | 314.47 | H-248,249-17 |
| 02/09/2017 | PROCESSING | B | 7.00 | 57.176 | 400.23 | H-261-17 |
| 02/12/2017 | PROCESSING | B | 11.00 | 57.176 | 628.94 | H-216-17 |
| 02/14/2017 | COURT | B | 9.33 | 57.176 | 533.45 | |
| 02/15/2017 | PROCESSING | B | 8.50 | 57.176 | 486.00 | H-287-17 |
| 02/22/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 02/23/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 02/28/2017 | PROCESSING | B | 6.00 | 57.176 | 343.06 | H-347-17 |
| 03/03/2017 | PROCESSING | B | 8.50 | 57.176 | 486.00 | H-367-17 |
| 03/11/2017 | PROCESSING | B | 7.50 | 57.176 | 428.82 | H-413-17 |
| 03/12/2017 | PROCESSING | B | 0.50 | 57.176 | 28.59 | H-414-17 |
| 03/13/2017 | PROCESSING | B | 5.50 | 57.176 | 314.47 | H- 417-17 |
| 03/19/2017 | PROCESSING | B | 6.00 | 57.176 | 343.06 | H-436-17 |
| 03/20/2017 | PROCESSING | B | 10.00 | 57.176 | 571.76 | H- 438-17 |
| 03/27/2017 | PROCESSING | B | 6.50 | 57.176 | 371.64 | H- 472-17 |
| 03/29/2017 | PROCESSING | B | 5.00 | 57.176 | 285.88 | H- 484-17 |
| 03/30/2017 | PROCESSING | B | 11.00 | 57.176 | 628.94 | H- 488,489,490-17 |
| 04/01/2017 | OTHER | R | 6.00 | 57.176 | 343.06 | ANTI DRUG/GANG GRANT |
| 04/02/2017 | PROCESSING | B | 5.50 | 57.176 | 314.47 | H-504-17 |
| 04/03/2017 | MANPOWER | B | 1.50 | 57.176 | 85.76 | |
| 04/04/2017 | MANPOWER | B | 5.00 | 57.176 | 285.88 | |
| 04/04/2017 | COURT | B | 3.00 | 57.176 | 171.53 | |
| 04/08/2017 | OTHER | R | 6.00 | 57.176 | 343.06 | ANTI DRUG/GANG GRANT |
| 04/08/2017 | OTHER | B | 1.00 | 57.176 | 57.18 | SQ 9155-17 |
| 04/11/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 04/15/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |
| 04/16/2017 | OTHER | B | 2.00 | 57.176 | 114.35 | H-562-17 |
| 04/19/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 04/21/2017 | PROCESSING | B | 10.50 | 57.176 | 600.35 | H- 599-17 |
| 04/22/2017 | PROCESSING | B | 5.50 | 57.176 | 314.47 | H-602-17 |
| 04/30/2017 | PROCESSING | B | 5.00 | 57.176 | 285.88 | H-628-17 |
| 05/04/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |
| 05/05/2017 | PROCESSING | B | 1.00 | 57.176 | 57.18 | |
| 05/05/2017 | COURT | B | 6.50 | 57.176 | 371.64 | |
| 05/07/2017 | PROCESSING | B | 8.00 | 57.176 | 457.41 | H-676-16 |
| 05/09/2017 | PROCESSING | B | 5.00 | 57.176 | 285.88 | H687-17 |
| 05/10/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |
| 05/10/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 05/11/2017 | PROCESSING | B | 1.00 | 57.176 | 57.18 | |
| 05/11/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 05/12/2017 | COURT | B | 5.33 | 57.176 | 304.75 | |
| 05/16/2017 | COURT | B | 8.33 | 57.176 | 476.28 | |
| 05/17/2017 | PROCESSING | B | 6.50 | 57.176 | 371.64 | H- 740-17 CRIME SCENE |
| 05/17/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |
| 05/18/2017 | PROCESSING | B | 3.00 | 57.176 | 171.53 | H- 750, 751, 752-17 |
| 05/18/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |
| 05/19/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |

# OVERTIME REPORT

| Date | O/T Reason | O/T Type | O/T Hrs | Pay Rate | Dollar Amount | Remarks: |
|---|---|---|---|---|---|---|
| 05/19/2017 | PROCESSING | B | 8.00 | 57.176 | 457.41 | H-759-17 |
| 05/22/2017 | COURT | B | 6.50 | 57.176 | 371.64 | |
| 05/23/2017 | MANPOWER | B | 5.00 | 57.176 | 285.88 | |
| 05/24/2017 | GANG/DRUG | R | 6.00 | 57.176 | 343.06 | |
| 05/24/2017 | PROCESSING | B | 1.00 | 57.176 | 57.18 | H-809-17 |
| 05/26/2017 | GIVE | R | 6.00 | 57.176 | 343.06 | |
| 05/30/2017 | PROCESSING | B | 12.50 | 57.176 | 714.70 | H-839 840-17 |
| 06/01/2017 | COURT | B | 6.83 | 70.453 | 481.19 | |
| 06/02/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/04/2017 | GANG/DRUG | R | 9.33 | 70.453 | 657.33 | |
| 06/10/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/11/2017 | MANPOWER | B | 4.00 | 70.453 | 281.81 | |
| 06/12/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/12/2017 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 06/13/2017 | PROCESSING | B | 5.00 | 70.453 | 352.27 | H- 903,904-17 |
| 06/14/2017 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 06/15/2017 | OTHER | B | 5.33 | 70.453 | 375.51 | INVESTIGATION |
| 06/19/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/20/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/22/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/26/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 06/28/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 07/04/2017 | PROCESSING | B | 6.00 | 70.453 | 422.72 | H-979-17 |
| 07/05/2017 | GANG/DRUG | R | 6.00 | 70.453 | 422.72 | |
| 07/06/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 07/07/2017 | MANPOWER | B | 4.00 | 70.453 | 281.81 | |
| 07/11/2017 | OTHER | B | 4.00 | 70.453 | 281.81 | CASE# 1901-17 CRIME SCENE |
| 07/12/2017 | OTHER | B | 0.50 | 70.453 | 35.23 | ACC # 1312-17 |
| 07/13/2017 | GIVE | R | 6.00 | 70.453 | 422.72 | |
| 07/13/2017 | COURT | B | 5.33 | 70.453 | 375.51 | |
| 07/14/2017 | GANG/DRUG | R | 6.00 | 70.453 | 422.72 | |
| 07/14/2017 | PROCESSING | B | 2.00 | 70.453 | 140.91 | ARR 1046 |
| 07/14/2017 | DWI | R | 5.00 | 70.453 | 352.27 | |
| 07/15/2017 | PROCESSING | B | 5.50 | 70.453 | 387.49 | ARR 1048 |
| 07/20/2017 | GANG/DRUG | R | 6.00 | 70.453 | 422.72 | |
| 07/20/2017 | GANG TASK FORCE | R | 6.00 | 70.453 | 422.72 | |
| 07/22/2017 | DWI | R | 5.00 | 105.680 | 528.40 | |
| 07/22/2017 | PROCESSING | B | 7.50 | 70.453 | 528.40 | H-1075-17 |
| 07/24/2017 | COURT | B | 8.83 | 70.453 | 622.10 | |
| 09/26/2017 | OTHER | B | 5.33 | 70.453 | 375.51 | DEP PREP / ANDREW PRESTON |
| 10/15/2017 | OTHER | B | 5.33 | 70.453 | 375.51 | LAWSUIT- 10/27/17 |
| 12/12/2017 | COURT | B | 5.33 | 70.453 | 375.51 | ARCILA PREP |
| **Employee Totals==>** | | | **559.76** | | **34767.46** | |
| **Grand Totals=====>** | | | **559.76** | | **34767.46** | |